JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JORGE HERNANDEZ VILLALTA, aka DAYANA HERNANDEZ VILLALTA, <br><br> Petitioner, <br><br> v. <br><br> MARKWAYNE MULLIN, et al., <br><br> Respondents. | Case No. 5:26-cv-02486-DFM <br><br> JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petitioner's Unopposed Petition for Writ of Habeas Corpus filed on May 19, 2026.

Date: May 26, 2026

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge